AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

<u>SOUTHERN</u> DISTRICT OF <u>TEXAS</u>

United States District Court
Southern District of Texas
FILED
JAN 2 6 2001
Michael N. Milby
Clerk of Court

DANIEL CURIEL-SANCHEZ

v.

U.S.A.

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: B-01-06

I, <u>DANIEL CURIL SANCHEZ</u>, declare that I am the *(check appropriate box)*

- [ ] petitioner/plaintiff
- [x] movant (filing 28 U.S.C. 2255 motion)
- [ ] respondent/defendant
- [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?     Yes [x]   No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   FCI THREE RIVERS POB 4200 THREE RIVERS, TX 78071
   RECREATION ORDERLY   $12.00 per month

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment     Yes [ ]   No [x]
   b. Rent payments, interest or dividends?     Yes [ ]   No [x]
   c. Pensions, annuities or life insurance payments?     Yes [ ]   No [x]
   d. Gifts or inheritances?     Yes [ ]   No [x]
   e. Any other sources?     Yes [ ]   No [x]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

58369-079

United States District Court
Southern District of Texas
RECEIVED

JAN 26 2001

Michael N. Milby, Clerk

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒  (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

Yes — Daniel Curiel JR son
Dalia Curiel Daughter
Rosa M Curiel, My Mother  This moment $00

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __1-20-01__   X_Daniel Curiel Sanchez_
            (Date)                Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ __$300.54__ on account to his credit at the __FCI Three Rivers TX__ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: __∅__

I further certify that during the last six months the applicant's average balance was $ __200.00__

_____
Authorized Officer of Institution

## ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ <br> United States Judge    Date | _____  _____ <br> United States Judge    Date <br> or Magistrate |

I have made arrangments with my parents for the court costs my parents are willing to pay those court costs for me. You can contact them at 542 3921 (956)

Rosa M. Curiel
2645 Lima St
Brownsville TX

Atte
Daniel Curiel Sanchez

God Bless You