IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | |
|---|---|
| Daniel Curiel-Sanchez, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| -V- ) | CASE NO. CR-B-00-106-01 |
| ) | |
| United States of America, ) | |
| ) | CAB-01-006 |
| Respondent. ) | |

United States District Court
Southern District of Texas
FILED

APR 16 2001

Michael N. Milby
Clerk of Court

## PETITIONER'S RESPONSE TO GOVERNMENT'S OPPOSITION
## TO MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE
## PURSUANT TO 28 USC SECTION 2255

**COMES NOW,** the petitioner, Daniel Curiel-Sanchez, acting in pro se in response to government's opposition to his Section 2255 and respectfully shows this honorable court the following:

### ARGUMENT OF THE MOTION

Government is wrong in its assertion that petitioner is procedurally barred from raising his claim at this time. Petitioner can overcome the cause and prejudice standard of **United States v Frady,** 456 US 152 (1982).

The government argues that to the extent petitioner did not raise his downward departure claim on direct appeal it ought not be considered now in a § 2255 unless petitioner can make a showing of cause and prejudice under **U.S. v frady,** 456 US 152 (1982) for his procedural default.

Ineffective assistance of counsel caused petitioner to be denied his due process; see **United States v Cubillos,** 91 F 3d 1342

-1-

(9th. Cir. 1996). Case law was available and published more than one year <u>prior</u> to petitioner's commision of the instant offense. Counsel of record failed to properly investigate the ground two issue before the court, therefore, petitioner has met the cause and prejudice test. The record will demonstrate that competent counsel should have researched the issue where the case law authority existed prior to sentencing to support petitioner's issue before the court.

Petitioner respectfully submits that based on the foregoing he has met the cause and prejudice requirements and this honorable court should proceed to a determination of the merits as contained therein. Petitioner submits that based on the arguments presented in his section 2255 and the one contained herein, that his sentence ought to be vacated and remanded for resentencing.

## CONCLUSION

Petitioner believes that his issues are of constitutional proportion which warrants relief, or any and all other relief this court deems adequate, just or appropriate.

**WHEREFORE:** petitioner prays that the court consider his stipulation for a judicial order of deportation.

Dated 4-10-01

Respectfully Submitted,

/s/ Daniel Curiel Sanchez

Daniel Curiel-Sanchez
#58369-079
P.O.B. 4200
Three Rivers, Texas 78071

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent on this 10th day of April, 2001, by U.S. mail, postage prepaid, first-class **AS PROOF OF SERVICE** to:

Office of the U.S. Attorney
Southern District of Texas
600 East Harrison St., #201
Brownsville, Texas 78520-7114

by: X/s/ Daniel Curiel-Sanchez
Daniel Curiel-Sanchez
#58369-079
FCI Three Rivers
P.O.B. 4200
Three Rivers, Texas 78071

-3-