IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 5 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Daniel Curiel Sanchez, § | |
| § | |
| Petitioner, § | |
| § | CIVIL ACTION NO. B-01-06 |
| -VS- § | CRIMINAL NO. B-00-106-01 |
| § | |
| United States of America, § | |
| § | |
| Respondent. § | |

### PETITIONER'S OBJECTIONS TO MAGISTRATE'S
### REPORT AND RECOMMENDATION

**COMES NOW,** the petitioner, Daniel Curiel Sanchez, acting in pro se before this Honorable Court and respectfully submits his objections to the Magistrate Judge's Report and REcommendations for denial of his Section 2255. In support thereof, petitioner submits as follows.

### ARGUMENT OF THE MOTION

Petitioner contends that the court is incorrect in its reasons that petitioner's claims are substantively without merit, Petitioner objects to the finding made by this Honorable Court and does so in a timely manner.

It is the petitioner's contentions that counsel of record rendered ineffective assistance of counsel, which caused petitioner to be denied his due process. Petitioner can demonstrate that his counsel's performance was deficient and that his deficient performance prejudiced his defense, where counsel of record failed to object to the PSR regarding the trial court's failure to grant him a downward departure due

-1-

to his stipulation to deportation.

Case law authority is available and <u>was available</u> to counsel of record; see **United States v Cubillos**, 91 F 3d 1342 (9th. Cir. 1996). Therefore, petitioner has met the cause and actual prejudice test.

Petitioner respectfully submits that based on the foregoing, petitioner has shown that "there is a reasonable probability that, but for counsel's unprofessional errors, the result of the proceeding would have been different." **Strickland v Washington**, 466 US 694, 104 S.Ct. 2068.

Petitioner believes that the issues are of constitutional proportion which warrants relief that this court deem adequate, just or appropriate.

**WHEREFORE:** Petitioner prays the court grant his request for a downward departure from the sentencing guidelines due to his stipulation to deportation.

Dated 6-8-01

Respectfully Submitted,

/s/ Daniel Curiel Sanchez
Daniel Curiel Sanchez
#58369-079

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent on this 8th day of June, 2001 by U.S. mail, postage prepaid, first-class **AS PROOF OF SERVICE** to:

Office of the U.S. Attorney
600 E. Harrison, #201
Brownsville, Texas 78520

by: /s/ Daniel Curiel Sanchez
Daniel Curiel Sanchez
#58369-079
P.O.B. 4200
Three Rivers, Texas 78071

-2-