UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 18 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DANIEL CURIEL-SANCHEZ | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-06 |
| | § | (CR. NO. B-00-106-01) |
| UNITED STATES OF AMERICA | § | |
| | § | |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. Petitioner Curiel's § 2255 Motion is hereby DENIED.

DONE in Brownsville, Texas this _____ day of _____ 2001.

Hilda Tagle
United States District Judge

5