12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 2 2 2001

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Daniel Curiel-Sanchez, § | |
| Petitioner, § | |
| -VS- § | CIVIL NO. B-01-06 |
| § | CRIMINAL NO. B-00-106-01 |
| United States of America, § | |
| Respondent. § | |

## NOTICE OF APPEAL, MOTION REQUESTING ISSUANCE OF CERTIFICATE OF APPEALABILITY AND MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS

**COMES NOW**, the petitioner, Daniel Curiel-Sanchez, acting in pro se, who hereby gives Notice of Appeal, Motion Requesting C.O.A., and Motion For Leave To Proceed In Forma Pauperis, to the Fifth Circuit Court of Appeals from the U.S. District Court, Southern District of Texas, Brownsville Division, of denial of petitioner's Section 2255 dismissed July 18, 2001.

### APPLICATION FOR CERTIFICATE OF APPEALABILITY

Petitioner/appellant Sanchez, acting in pro se, hereby makes a good faith application to this court for issuance of Certificate of Appealability (C.O.A.) in the above manner under 28 USC § 2253(a), 2253(c)(1)(B), 2253(c)(2) and 2253(c)(3).

The substance of petitioner's claim is that he was denied effective assistance of counsel as contemplated by the Sixth Amendment to

-1-

the Constitution of the United States and that he was denied his guaranteed due process of law in derogation of the rights afforded under the Fifth Amendment.

Pursuant to 28 USC § 2253(c)(3) appellant presents two (2) assignments of error:

1. denial of effective assistance of counsel; and
2. downward departure based on a stipulation to deportation.

## MOTION FOR LEAVE TO APPEAL INFORMA PAUPERIS

Petitioner/appellant, acting in pro se, respectfully requests that the court grant his motion for leave in the above styled cause number. In support thereof, petitioner submits the attached informa pauperis application as proof of indigent status.

**WHEREFORE:** Based on the foregoing and the record before this court in support of the request for issuance of a C.O.A., and Motion For Leave To Proceed Under I.F.P. On Appeal, petitioner/appellant prays this court issue a C.O.A. permitting him to proceed with this matter on appeal and grant his request to proceed in forma pauperis.

Dated 8/2/01

Respectfully Submitted,

*Daniel Curiel Sanchez*
Daniel Curiel-Sanchez
#58369-079

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent on this 2nd day of August, 2001 by U.S. mail, postage prepaid, first-class **AS PROOF OF SERVICE** to: Office of the U.S. Attorney, S. District of Texas, 600 E. Harrison, #201, Brownsville, TX 78520.

by: *Daniel Curiel Sanchez*
Daniel Curiel-Sanchez
#58369-079
P.O.B. 4200
Three Rivers, TX 78071

-2-

Daniel Curiel-Sanchez
#58369-079
Federal Correctional Institution
P.O.B. 4200
Three rivers, Texas 78071

LEGAL CORRESPONDENCE

United States District Court
Southern District of Texas
FILED

AUG 22 2001

Michael N. Milby
Clerk of Court

Office of the Clerk
U.S. District Court
Southern District of Texas
Brownsville Division
105 Federal Bldg.
500 E. 10th.
Brownsville, Texas 78520

FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 4000
THREE RIVERS, TEXAS 78071   DATE 8-7-01

THE ENCLOSED LETTER WAS PROCESSED THROUGH SPECIAL MAILING PROCEDURES FOR FORWARDING TO YOU. THE LETTER HAS BEEN NEITHER OPENED NOR INSPECTED. IF THE WRITER RAISES A QUESTION OR PROBLEM OVER WHICH THIS FACILITY HAS JURISDICTION, YOU MAY WISH TO RETURN THE MATERIAL FOR FURTHER INFORMATION OR CLARIFICATION. IF THE WRITER ENCLOSES CORRESPONDENCE FOR FORWARDING TO ANOTHER ADDRESSEE, PLEASE RETURN THE ENCLOSURE TO THE ABOVE ADDRESS.

DATE/TIME RCVD
DATE/TIME ISSUED

RETURNED TO SENDER
REASON CHECKED
Attempted Not Known
Insufficient Address
No such street
No such office in state named