*13*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

OCT 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DANIEL CURIEL-SANCHEZ | * | |
| VS | * | C.A. NO. B-01-006 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-0-106) |

**ORDER DENYING MOTION FOR
CERTIFICATE OF APPEALABILITY**

Before this Court is Petitioner's Motion for a Certificate of Appealability.

The Antiterrorism and Effective Death Penalty Act (AEDPA,) governs appeals in habeas corpus proceedings.   Section § 2253(c) states that an appeal from a habeas petition may not be taken unless a circuit justice or judge issues a certificate of appealability.  28 U.S.C. § 2253(c).

A petitioner may be issued a certificate of appealability only where they have made a substantial showing of the denial of a constitutional right.  Hicks v. Johnson, 186 F.3d 634, 636 (5th Cir. 1999). A "substantial showing" requires the applicant to demonstrate that the issues are debatable among jurists of reason, that a court could resolve the issues in a difference manner, or that the question is adequate to deserve encouragement to proceed further.  Hicks, 186 F.3d at 636.

Petitioner asserts that the Magistrate and District Judge erred because they denied his claims of (1) ineffective assistance of counsel, and (2) eligibility for downward departure based on stipulation of deportation.  These arguments are the same arguments advanced by Petitioner in his § 2255 Petition, which the Court has already denied.

The Court is of the opinion that Petitioner has not raised a substantial issue which merits review.   Therefore, the Court **denies** Petitioner's Motion for a Certificate of Appealability (Doc. No. 12).

DONE at Brownsville, Texas, this _____ day of October 2001.

Hilda G. Tagle
United States District Judge