IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
**FILED**
FEB 20 2003
CHARLES R. FULBRUGE III
CLERK

No. 01-41038
USDC No. B-00-CR-106-1
USDC No. B-01-CV-6

UNITED STATES OF AMERICA,

           Plaintiff-Appellee,

versus

DANIEL JAVIER CURIEL-SANCHEZ,

           Defendant-Appellant.

United States District Court
Southern District of Texas
FILED
FEB 26 2003
Michael N. Milby, Clerk of Court

---

Appeal from the United States District Court
for the Southern District of Texas

---

O R D E R:

  Daniel Javier Curiel-Sanchez, Federal prisoner number 58369-079, has applied for a certificate of appealability ("COA") for an appeal from the denial of his motion under 28 U.S.C. § 2255 challenging his conviction for being an alien found unlawfully in the United States following deportation. Curiel contended in the district court that his attorney rendered ineffective assistance in failing to argue that Curiel should receive a downward departure based upon his stipulation of deportability and in failing to advise him of his right to appeal his sentence.

38

O R D E R
No. 01-41038
- 2 -

Because Curiel has not briefed those issues, they are waived. See Hughes v. Johnson, 191 F.3d 607, 613 (5th Cir. 1999). Curiel contends that his sentence is unconstitutional in light of Apprendi v. New Jersey, 530 U.S. 466 (2000), and that the indictment was insufficient because it did not allege that he had general intent to commit the crime of illegal reentry following deportation. Because these issues were not raised in the district court, this court lacks jurisdiction to consider them. See Whitehead v. Johnson, 157 F.3d 384, 387-88 (5th Cir. 1998). Because Curiel has not made a substantial showing of the denial of a constitutional right, see 28 U.S.C. § 2253(c)(2), COA is DENIED.


_____
EDITH BROWN CLEMENT
UNITED STATES CIRCUIT JUDGE


A true copy
Test:
Clerk, U. S. Court of Appeals, Fifth Circuit
By_____
                              Deputy
New Orleans, Louisiana      FEB 2 0 2003